**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-43465 |
| | § | |
| MICHAEL C SMITH | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/04/2014. The undersigned trustee was appointed on 12/04/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $4,111.85

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $3.52 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $4,108.33 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/26/2015 and the deadline for filing government claims was 10/26/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,027.96. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,027.96, for a total compensation of $1,027.96[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $47.39, for total expenses of $47.39.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/08/2017                                  By:  /s/ David P. Leibowitz
                                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit A

| Case No.: | 14-43465-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, MICHAEL C | Date Filed (f) or Converted (c): | 12/04/2014 (f) |
| For the Period Ending: | 6/8/2017 | §341(a) Meeting Date: | 01/13/2015 |
| | | Claims Bar Date: | 10/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Checking with Chase | $2,400.00 | $0.00 | | $0.00 | FA |
| 2  used personal clothing | $500.00 | $500.00 | | $0.00 | FA |
| 3  costume jewelery | $50.00 | $0.00 | | $0.00 | FA |
| 4  music speakers | $100.00 | $0.00 | | $0.00 | FA |
| 5  Stock in gamestop | $0.00 | $0.00 | | $0.00 | FA |
| 6  Stock in Disney | $3,000.00 | $3,000.00 | | $4,111.85 | FA |
| 7  50% Palos Flowers & Gift Baskets | $0.00 | $10,000.00 | | $0.00 | FA |
| **Asset Notes:** 12/2/16: Palos Flowers & Gifts is going out of business. Asset deemed abandoned. | | | | | |
| 8  2002 Ford Escape (120,000 miles) | $1,000.00 | $0.00 | | $0.00 | FA |
| 9  1969 LeMonz does not run | $1,000.00 | $0.00 | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | $8,050.00 | $13,500.00 | | $4,111.85 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

06/22/2016  2016 Reporting Period:
  Assets - Debtor's Disney stock and his stock in Palos Flowers.
  Motion for turnover granted 4/28/16 (dkt. 25)

  Debtor has not complied with order directing turnover. Filed motion for rule to show cause why Debtor should not be held in contempt (dkt. 26)
  Hearing: continued to 7/27/2016
  Hearing continued to 8/31/2016

06/30/2015  2015 Reporting Period:
  Asset -- Shares of stock the debtor has in Flower Shop.
  Debtor has 50% ownership in Palos Flower Shop. Has not been compliant with requests for documents.

**Initial Projected Date Of Final Report (TFR):** 08/24/2016    **Current Projected Date Of Final Report (TFR):** 06/08/2017    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Page No: 1     Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-43465-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, MICHAEL C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9231 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Smith, MIchael |
| For Period Beginning: | 12/4/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2016 | (6) | Broadridge for the Walt Disney Co. | Partial Proceeds of stock in The Walt Disney Company | 1129-000 | $2,942.63 | | $2,942.63 |
| 11/30/2016 | (6) | Broadridge | Remainder of Proceeds of stock in The Walt Disney Company | 1129-000 | $1,169.22 | | $4,111.85 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.52 | $4,108.33 |
| | | | **TOTALS:** | | $4,111.85 | $3.52 | $4,108.33 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,111.85 | $3.52 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,111.85 | $3.52 | |

**For the period of 12/4/2014 to 6/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,111.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,111.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/07/2016 to 6/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,111.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,111.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-43465-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, MICHAEL C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9231 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Smith, MIchael |
| For Period Beginning: | 12/4/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $4,111.85 | $3.52 | $4,108.33 |

| For the period of 12/4/2014 to 6/8/2017 | | For the entire history of the case between 12/04/2014 to 6/8/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,111.85 | Total Compensable Receipts: | $4,111.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,111.85 | Total Comp/Non Comp Receipts: | $4,111.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3.52 | Total Compensable Disbursements: | $3.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.52 | Total Comp/Non Comp Disbursements: | $3.52 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 14-43465-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SMITH, MICHAEL C | | | | | | | | Date: 6/8/2017 |
| Claims Bar Date: | 10/26/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CAPITAL ONE AUTO FINANCE<br><br>A Division of Capital One, N.A.<br>PO Box 60511<br>City Of Industry CA 91716 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,947.08 | $0.00 | $0.00 | $0.00 | $5,947.08 |
| **Claim Notes:** | Deficiency claim for repossessed vehicle | | | | | | | | |
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,977.00 | $0.00 | $0.00 | $0.00 | $1,977.00 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $979.08 | $0.00 | $0.00 | $0.00 | $979.08 |
| 2 | CAPITAL ONE, N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,571.33 | $0.00 | $0.00 | $0.00 | $1,571.33 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,027.96 | $0.00 | $0.00 | $0.00 | $1,027.96 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $47.39 | $0.00 | $0.00 | $0.00 | $47.39 |
| 1 | IRS<br><br>PO Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | Allowed | 5800-000 | $37,786.24 | $0.00 | $0.00 | $0.00 | $37,786.24 |
| 1a | IRS<br><br>230 S. Dearborn Stop 5016-CHI<br>Chicago IL 60604 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,556.77 | $0.00 | $0.00 | $0.00 | $7,556.77 |

## CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No. | 14-43465-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SMITH, MICHAEL C | | | | | | | | Date: 6/8/2017 |
| Claims Bar Date: | 10/26/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW  53 West Jackson Boulevard  Suite 1610  Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $6.07 | $0.00 | $0.00 | $0.00 | $6.07 |
| | LAKELAW  53 West Jackson Boulevard  Suite 1610  Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT  219 S. Dearborn Street  Suite 713  Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |

**Claim Notes:** dkt. #36

| | | | | | $58,748.92 | $0.00 | $0.00 | $0.00 | $58,748.92 |
|---|---|---|---|---|---|---|---|---|---|

| **Case No.** | 14-43465-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | SMITH, MICHAEL C | **Date:** 6/8/2017 |
| **Claims Bar Date:** | 10/26/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| **Claim Class** | **Claim Amount** | **Amount Allowed** | **Amount Paid** | **Interest** | **Tax** | **Net Remaining Balance** |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $6.07 | $6.07 | $0.00 | $0.00 | $0.00 | $6.07 |
| Attorney for Trustee Fees (Trustee Firm) | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Claims of Governmental Units | $37,786.24 | $37,786.24 | $0.00 | $0.00 | $0.00 | $37,786.24 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| General Unsecured § 726(a)(2) | $13,503.85 | $13,503.85 | $0.00 | $0.00 | $0.00 | $13,503.85 |
| Payments to Unsecured Credit Card Holders | $4,527.41 | $4,527.41 | $0.00 | $0.00 | $0.00 | $4,527.41 |
| Trustee Compensation | $1,027.96 | $1,027.96 | $0.00 | $0.00 | $0.00 | $1,027.96 |
| Trustee Expenses | $47.39 | $47.39 | $0.00 | $0.00 | $0.00 | $47.39 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       14-43465
Case Name:      MICHAEL C SMITH
Trustee Name:   David P. Leibowitz

Balance on hand: $4,108.33

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,108.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,027.96 | $0.00 | $1,027.96 |
| David P. Leibowitz, Trustee Expenses | $47.39 | $0.00 | $47.39 |
| Lakelaw, Attorney for Trustee Fees | $1,500.00 | $0.00 | $1,500.00 |
| Lakelaw, Attorney for Trustee Expenses | $6.07 | $0.00 | $6.07 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

Total to be paid for chapter 7 administrative expenses: $2,931.42
Remaining balance: $1,176.91

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,176.91

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $37,786.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

|   |   | of Claim | Payments to Date | Payment |
|---|---|---:|---:|---:|
| 1 | IRS | $37,786.24 | $0.00 | $1,176.91 |

Total to be paid to priority claims:    $1,176.91
Remaining balance:    $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,031.26 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | IRS | $7,556.77 | $0.00 | $0.00 |
| 2 | Capital One, N.A. | $1,571.33 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $1,977.00 | $0.00 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | $979.08 | $0.00 | $0.00 |
| 5 | Capital One Auto Finance | $5,947.08 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:    $0.00
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**