**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-43465 |
| | § | |
| MICHAEL C SMITH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $500.00 | Assets Exempt: | $5,950.00 |
| Total Distributions to Claimants: | $1,176.91 | Claims Discharged Without Payment: | $80,250.59 |
| Total Expenses of Administration: | $2,934.94 | | |

3) Total gross receipts of $4,111.85 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,111.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,934.94 | $2,934.94 | $2,934.94 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $8,000.00 | $37,786.24 | $37,786.24 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $52,556.00 | $18,031.26 | $18,031.26 | $1,176.91 |
| **Total Disbursements** | $60,556.00 | $58,752.44 | $58,752.44 | $4,111.85 |

   4). This case was originally filed under chapter 7 on 12/04/2014. The case was pending for 36 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 12/07/2017            By:    /s/ David P. Leibowitz
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Stock in Disney | 1129-000 | $4,111.85 |
| **TOTAL GROSS RECEIPTS** | | **$4,111.85** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,027.96 | $1,027.96 | $1,027.96 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $47.39 | $47.39 | $47.39 |
| Green Bank | 2600-000 | NA | $3.52 | $3.52 | $3.52 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $6.07 | $6.07 | $6.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,934.94 | $2,934.94 | $2,934.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 5800-000 | $8,000.00 | $37,786.24 | $37,786.24 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $8,000.00 | $37,786.24 | $37,786.24 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | IRS | 7100-000 | $8,000.00 | $7,556.77 | $7,556.77 | $0.00 |
| 2 | Capital One, N.A. | 7100-900 | $1,571.00 | $1,571.33 | $1,571.33 | $176.55 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $1,977.00 | $1,977.00 | $1,977.00 | $222.14 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $979.00 | $979.08 | $979.08 | $110.01 |
| 5 | Capital One Auto Finance | 7100-000 | $14,419.00 | $5,947.08 | $5,947.08 | $668.21 |
|  | Bill Doran Company | 7100-000 | $25,436.00 | $0.00 | $0.00 | $0.00 |
|  | Caf/Carmax Auto Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Cap1/nautl | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Capital Bank/HSN | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Express/Comenity Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Family Practice Health Care | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | GECRB/Home Shopping | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Paypal | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | physicians Immediate Care | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Progressive Insurance Company | 7100-000 | $174.00 | $0.00 | $0.00 | $0.00 |
|  | Zale/Sterling Jewelers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $52,556.00 | $18,031.26 | $18,031.26 | $1,176.91 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 14-43465-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, MICHAEL C | Date Filed (f) or Converted (c): | 12/04/2014 (f) |
| For the Period Ending: | 12/7/2017 | §341(a) Meeting Date: | 01/13/2015 |
| | | Claims Bar Date: | 10/26/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Checking with Chase | $2,400.00 | $0.00 | | $0.00 | FA |
| 2 | used personal clothing | $500.00 | $500.00 | | $0.00 | FA |
| 3 | costume jewelery | $50.00 | $0.00 | | $0.00 | FA |
| 4 | music speakers | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Stock in gamestop | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Stock in Disney | $3,000.00 | $3,000.00 | | $4,111.85 | FA |
| 7 | 50% Palos Flowers & Gift Baskets | $0.00 | $10,000.00 | | $0.00 | FA |
| **Asset Notes:** | 12/2/16: Palos Flowers & Gifts is going out of business. Asset deemed abandoned. | | | | | |
| 8 | 2002 Ford Escape (120,000 miles) | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | 1969 LeMonz does not run | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  
**Gross Value of Remaining Assets**

$8,050.00     $13,500.00     $4,111.85     $0.00

---

**Major Activities affecting case closing:**

| 06/09/2017 | TFR filed at court 6/15/2017 |
|---|---|
| 06/22/2016 | 2016 Reporting Period: |
| | Assets - Debtor's Disney stock and his stock in Palos Flowers. |
| | Motion for turnover granted 4/28/16 (dkt. 25) |
| | |
| | Debtor has not complied with order directing turnover. Filed motion for rule to show cause why Debtor should not be held in contempt (dkt. 26) |
| | Hearing: continued to 7/27/2016 |
| | Hearing continued to 8/31/2016 |
| 06/30/2015 | 2015 Reporting Period: |
| | Asset -- Shares of stock the debtor has in Flower Shop. |
| | Debtor has 50% ownership in Palos Flower Shop. Has not been compliant with requests for documents. |

| **Initial Projected Date Of Final Report (TFR):** | 08/24/2016 | **Current Projected Date Of Final Report (TFR):** | 06/08/2017 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

**FORM 2**

Page No: 1  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 14-43465-CAD | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SMITH, MICHAEL C | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9231 | | **Checking Acct #:** | ******6501 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Smith, MIchael |
| **For Period Beginning:** | 12/4/2014 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/7/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 11/07/2016 | (6) | Broadridge for the Walt Disney Co. | Partial Proceeds of stock in The Walt Disney Company | 1129-000 | $2,942.63 | | $2,942.63 |
| 11/30/2016 | (6) | Broadridge | Remainder of Proceeds of stock in The Walt Disney Company | 1129-000 | $1,169.22 | | $4,111.85 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.52 | $4,108.33 |
| 07/12/2017 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $350.00; Distribution Dividend: 100.00%; | 2700-000 | | $350.00 | $3,758.33 |
| 07/12/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $6.07; Distribution Dividend: 100.00%; | 3120-000 | | $6.07 | $3,752.26 |
| 07/12/2017 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $1,500.00; Distribution Dividend: 100.00%; | 3110-000 | | $1,500.00 | $2,252.26 |
| 07/12/2017 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,027.96 | $1,224.30 |
| 07/12/2017 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $47.39 | $1,176.91 |
| 07/12/2017 | 3006 | IRS | Claim #: 1; Amount Claimed: $37,786.24; Distribution Dividend: 3.11%; | 5800-000 | | $1,176.91 | $0.00 |
| 10/11/2017 | 3006 | VOID: IRS | [VOID] IRS returned check. Claim has already been paid. | 5800-003 | | ($1,176.91) | $1,176.91 |
| 11/06/2017 | 3007 | Capital One, N.A. | Claim #: 2; Amount Claimed: $1,571.33; Distribution Dividend: 11.24%; | 7100-900 | | $176.55 | $1,000.36 |
| 11/06/2017 | 3008 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: $1,977.00; Distribution Dividend: 11.24%; | 7100-900 | | $222.14 | $778.22 |
| 11/06/2017 | 3009 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: $979.08; Distribution Dividend: 11.24%; | 7100-900 | | $110.01 | $668.21 |
| 11/06/2017 | 3010 | Capital One Auto Finance | Claim #: 5; Amount Claimed: $5,947.08; Distribution Dividend: 11.24%; | 7100-000 | | $668.21 | $0.00 |

**SUBTOTALS** $4,111.85 $4,111.85

Page No: 2     Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** 14-43465-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** SMITH, MICHAEL C | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** **-***9231 | **Checking Acct #:** ******6501 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** Smith, MIchael |
| **For Period Beginning:** 12/4/2014 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** 12/7/2017 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,111.85 | $4,111.85 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,111.85 | $4,111.85 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,111.85 | $4,111.85 | |

**For the period of 12/4/2014 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,111.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,111.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,111.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,111.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/07/2016 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,111.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,111.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,111.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,111.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 14-43465-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, MICHAEL C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9231 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Smith, MIchael |
| For Period Beginning: | 12/4/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,111.85 | $4,111.85 | $0.00 |

**For the period of 12/4/2014 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,111.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,111.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,111.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,111.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/04/2014 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,111.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,111.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,111.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,111.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ